UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUGO ESQUEDA, | ) | Case No. CV 17-02120-RGK (Ex) |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| TACOS EL GAVILAN, INC., et al., | ) | |
| Defendant(s). | ) | |

On June 14, 2017, the Court issued an Order to Show Cause ("OSC") re Dismissal for Lack of Prosecution, requiring a response on or before June 19, 2017. As of today, no response to the OSC has been filed. Therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: June 21, 2017

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE